UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>                Plaintiff(s),<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>                Defendant(s). | Case No. 2:15-cv-00630-APG-NJK<br><br>ORDER<br><br>(Docket No. 27) |

      Pending before the Court is Defendant's filing of a subpoena returned executed. Docket No. 27. Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Because the above document was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

      The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket as required by Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; F.R.C.P. 16(f).

      IT IS SO ORDERED.

      DATED: November 13, 2015

                                                                   _____<br>
                                                                   NANCY J. KOPPE<br>
                                                                   United States Magistrate Judge