# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC, | Case No. 2:15-cv-00630-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| SFR INVESTMENTS POOL I, LLC, et al., | (Docket Nos. 24, 26, 29) |
| Defendant(s). | |

Pending before the Court is a motion for Clerk's Entry of Default. Docket Nos. 24, 26. Also pending before the Court is a motion to withdraw the motion for default. *See* Docket No. 29. The Court hereby **GRANTS** the motion to withdraw (Docket No. 29) and **DENIES** without prejudice the motion for Clerk's Entry of Default (Docket Nos. 24, 26).

IT IS SO ORDERED.

DATED: November 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge