# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

IN RE HOA FORECLOSURE CASES.

**ORDER CERTIFYING CASES TO NEVADA ATTORNEY GENERAL**

The following cases involve a constitutional challenge to Nevada state statutes, specifically Chapter 116:

*Las Vegas Development Group v. Healy*, 2:13-cv-02194-APG-VCF

*Rugged Oaks Investment v. Nelson*, 2:15-cv-00240-APG-CWH

*Bank of New York Mellon v. Astoria Trails Homeowners Ass'n*, 2:15-cv-00366-APG-CWH

*Green Tree Servicing LLC v. SFR Investments Pool 1, LLC*, 2:15-cv-00630-APG-NJK

*SFR Investments Pool 1, LLC v. Fed. Home Loan Mortg. Corp.*, 2:15-cv-00806-APG-NJK

*Bank of America v. Woodcrest Homeowners Ass'n*, 2:15-cv-01024-APG-GWF

*TBES Investments LLC v Reyes*, 2:15-cv-01352-APG-GWF

*Deutsche Bank v. 5916 Post Mountain Trust*, 2:15-cv-02420-APG-GWF

*Italspain Corp. v. Moore*, 2:16-cv-00308-APG-GWF

*Bank of America v. Souvenir Homeowners Ass'n*, 2:16-cv-320-APG-VCF

*Bank of America v. The Villas Community Ass'n*, 2:16-cv-516-APG-VCF

*Bank of New York Mellon v Terra Bella Owners Ass'n*, 2:16-cv-549-APG-NJK

*Nationstar Mortgage LLC v Sommerset Homeowners Ass'n*, 2:16-cv-00571-APG-GWF

*Bank of New York Mellon v. Glenagles Homeowners Ass'n*, 2:16-cv-00607-APG-NJK

*Bank of America v. Tiara Summit Homeowners Ass'n*, 2:16-cv-00611-APG-GWF

*Bank of America v. Palm Hills Homeowners Ass'n*, 2:16-cv-00614-APG-GWF

*Bank of America v. Lakeview Owners Ass'n*, 2:16-cv-00635-APG-PAL

*Bank of New York Mellon v. Monaco Landscape Maint. Ass'n*, 2:16-cv-00648-APG-PAL

*Bank of New York Mellon v. Terra Bella Owners Ass'n*, 2:16-cv-00654-APG-CWH

<200b>

*Bank of America v. The Willows Homeowners Ass'n*, 2:16-cv-00678-APG-CWH

*U.S. Bank Trust v. SFR Investments Pool 1, LLC*, 2:16-cv-00741-APG-NJK

*Bank of America v. Bar Arbor Glen at Providence Homeowners Ass'n*, 2:16-cv-00761-APG-NJK

Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the State of Nevada that the constitutionality of Chapter 116 has been called into question in these actions. Pursuant to Rule 5.1(c), the Attorney General for the State of Nevada has sixty (60) days from the date of this Order to intervene in these actions, if it chooses to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail a copy of this Order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each of the following addresses:

> Hon. Adam Paul Laxalt
> Office of the Attorney General
> 100 North Carson Street
> Carson City, Nevada 89701

> Hon. Adam Paul Laxalt
> Office of the Attorney General
> Grant Sawyer Building
> 555 E. Washington Avenue, Suite 3900
> Las Vegas, Nevada 89101

DATED this 18th day of April, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE