LEACH JOHNSON SONG & GRUCHOW
SEAN L. ANDERSON
Nevada Bar No. 7259
Email: Sanderson@leachjohnson.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
Email: Cpittsenbarger@leachjohnson.com
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113

*Attorneys for Defendant Spring Mountain Ranch Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; SPRING MOUNTAIN RANCH HOA; DOES 1 through 10, inclusive; and all others who claim interest in the subject property located at 8525 Brody Marsh Ave., Las Vegas, NV 89143,<br><br>Defendants. | Case No.:   2:15-cv-00630-APG-NJK<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSE TO GREEN TREE SERVICING, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF No. 45) AND FOR PLAINTIFF TO RESPOND TO THE ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT (DKT. 46) AND SFR'S MOTION FOR SUMMARY JUDGMENT (ECF No. 48)**<br><br>***First Request*** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-Claimant,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC, a Delaware limited liability company; JERRY BOWSER, an individual; MICHELLE BOWSER, an individual,<br><br>Counter-Defendants/<br>Cross-Defendants. | |

/ / /

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSE TO GREEN TREE SERVICING, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF No. 45) AND FOR GREEN TREE TO RESPOND TO THE ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT (DKT. 46) AND SFR'S MOTION FOR SUMMARY JUDGMENT (ECF No. 48)**

*First Request*

IT IS HEREBY STIPULATED between Plaintiff Green Tree Servicing LLC, now known as Ditech Financial LLC ("Green Tree"), Defendant SFR Investments Pool 1, LLC ("SFR") and Defendant Spring Mountain Ranch Community Association ("Association"), by and through their undersigned attorneys, to extend the deadline for SFR and the Association to file their respective Responses to Green Tree's Motion for Summary Judgment [ECF. No. 45] to June 2, 2016. Additionally, Green Tree shall have until June 2, 2016 to file its Response to SFR's Motion for Summary Judgment [ECF No. 48] and the Association's Motion for Summary Judgment [ECF No. 46].

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 12th day of May, 2016.

| WOLFE & WYMAN LLP | KIM GILBERT EBRON |
|---|---|
| /s/ Colt B. Dodrill | /s/ Diana Cline Ebron |
| Colt B. Dodrill, Esq. | Howard C. Kim, Esq. |
| Nevada Bar No. 9000 | Nevada Bar No. 10386 |
| Richard G. Verlander, Esq. | Jacqueline A. Gilbert, Esq. |
| Nevada Bar No. 12887 | Nevada Bar No. 10593 |
| 6757 Spencer Street | Diana Cline Ebron, Esq. |
| Las Vegas, NV 89119 | Nevada Bar No. 10580 |
| Phone: (702) 476-0100 | 7625 Dean Martin Drive, Suite 110 |
| cbdodrill@wolfewyman.com | Las Vegas, NV 89139 |
| | Phone: 702-485-3300 |
| *Attorneys for Plaintiff/Counter-Defendant Green Tree Servicing LLC, now known as Ditech Financial LLC* | howard@kgelegal.com |
| | jackie@kgelegal.com |
| | diana@kgelegal.com |
| | *Attorneys for Defendant / Cross-Claimant / Counter-Claimant SFR Investments Pool 1, LLC* |

LEACH JOHNSON SONG & GRUCHOW

/s/ T. Chase Pittsenbarger
Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
*Attorneys for Defendant Maplewood Springs*

## ORDER

**IT IS SO ORDERED** that the time to file a Response to Green Tree's Motion for Summary Judgment [ECF No.45] shall be extended until June 2, 2016 for SFR and the Association. Additionally, Green Tree shall have until June 2, 2016 to file its response to SFR's Motion for Summary Judgment [ECF No. 48] and the Association's Motion for Summary Judgment [ECF No. 46].

DATED this 12th day of May, 2016.

U.S. DISTRICT COURT JUDGE