**COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV  89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**

Attorneys for Plaintiff/ Counter-Defendant
**GREEN TREE SERVICING LLC, now**
**known as Ditech Financial LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC, | CASE NO.  2:15-cv-00630-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GREEN TREE SERVICING LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| SFR INVESTMENTS POOL1, LLC; SPRING MOUNTAIN RANCH COMMUNITY ASSOCIATION, | |
| Defendants. | |
| | [FIRST REQUEST] |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter-Claimant, | |
| v. | |
| GREEN TREE SERVICING LLC, a Delaware limited liability company; JERRY BOWSER, an individual; MICHELLE BOWSER, an individual, | |
| Counter-Defendant/Cross-Defendants. | |

WHEREFORE, on April 25, 2016, Green Tree Servicing LLC, now known as Ditech Financial LLC ("Green Tree"), Spring Mountain Ranch Community Association ("HOA") and SFR Investments Pool 1, LLC ("SFR") filed Motions for Summary Judgment (ECF Nos. 45, 46, and 48, respectively);

WHEREFORE, on June 2, 2016, the Parties filed their respective responses to the summary judgment motions (ECF Nos. 57, 59, and 60);

2450351.1

1    WHEREFORE, the Parties' replies to the responses are currently due on or before June 20,

2    2016;

3    WHEREFORE, the parties stipulate as follows:

4    IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their

5    undersigned attorneys, that the Parties shall have up to and including Tuesday, June 27, 2016 to file

6    their respective Reply to the Responses to the motions for summary judgment.

7    The primary purpose of this request is that, rather than file discrete briefs addressing

8    individual issues, Green Tree intends to present to the Court a joint Reply to both SFR's and the

9    HOA's Responses.  An extension for Green Tree to file a joint Reply brief will allow Green Tree to

10   address the myriad substantive issues in the HOA's and SFR's Responses.  This extension will also

11   advance judicial economy because one reply brief is considerably more manageable than two

12   largely-duplicative reply briefs.  The Parties have agreed that extending the time for all replies is not

13   intended to cause any delay or prejudice to any party.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

1    This is the Parties' first request for an extension to file these reply briefs.  Trial has not been

2  set in this case yet.

3

4  WOLFE & WYMAN LLP                              KIM GILBERT EBRON

5

6
   By:  /s/ Colt B. Dodrill                      By:  /s/ Jacqueline A. Gilbert
7  COLT B. DODRILL, ESQ.                          DIANA CLINE EBRON, ESQ.
   Nevada Bar No.: 9000                           Nevada Bar No.: 10580
8  6757 Spencer Street                            JACQUELINE A. GILBERT, ESQ.
   Las Vegas, NV  89119                           Nevada Bar. No.: 10593
9  *Attorneys for Plaintiff/Counter-Defendant,*   KAREN L. HANKS, ESQ.
   *Green Tree Servicing LLC, now known as*       Nevada Bar No.: 9575
10 *Ditech Financial LLC*                         7625 Dean Martin Drive, Suite 110
                                                  Las Vegas, NV  89139
11  DATED:  June 10, 2016                         *Attorney for Defendant/Counterclaimant,*
                                                  *SFR Investments Pool 1, LLC*
12

13

14                                                  DATED:  June 10, 2016

15
   LEACH JOHNSON SONG & GRUCHOW
16

17

18 By:  /s/ T. Chase Pittsenbarger
   SEAN L. ANDERSON, ESQ.
19 Nevada Bar No.: 7529
   T. CHASE PITTSENBARGER
20 Nevada Bar No.: 13740
   8945 W. Russell Road, Suite 330
21 Las Vegas, NV  89148
   *Attorneys for Defendant,*
22 *Spring Mountain Ranch Community*
   *Association*
23
    DATED:  June 10, 2016
24

25

26

27

28

3

2450351.1

1

## ORDER

2    By stipulation of the parties and good cause appearing, IT IS HERERBY ORDERED as

3 follows:

4    The deadline for Green Tree, SFR and the HOA to file their respective reply briefs is hereby

5 extended up to and including Tuesday, June 27, 2016.

6    IT IS SO ORDERED.

7

8 Dated: _ June 10, 2016

9 _____

   UNITED STATES DISTRICT COURT JUDGE

10

11

12 Respectfully Submitted by:

13 WOLFE & WYMAN LLP

14

15 By: */s/ Colt B. Dodrill*
   _____

16 Colt B. Dodrill
   Nevada Bar No. 9000

17 6757 Spencer Street
   Las Vegas, NV 89119

18

19 *Attorneys for Plaintiff/Counter-Defendant,*
   *Green Tree Servicing LLC, now known as Ditech*

20 *Financial LLC*

21

22

23

24

25

26

27

28

4

2450351.1