COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com
gsbean@wolfewyman.com

Attorneys for Plaintiff and Counterdefendant
GREEN TREE SERVICING LLC
(now known as DITECH FINANCIAL LLC)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>Plaintiff,<br>v.<br><br>SFR INVESTMENTS POOL1, LLC; SPRING MOUNTAIN RANCH HOA; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 8525 Brody Marsh Ave., Las Vegas, NV 89143.<br><br>Defendants. | CASE NO.: 2:15-cv-00630-APG-NJK<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY** |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the above-captioned attorneys, Colt B. Dodrill, Esq. and Gregory S. Bean, Esq. of WOLFE & WYMAN LLP, hereby moves to withdraw counsel YanXiong Li, Esq., as attorney of record in the above referenced matter. YanXiong Li is a former associate of WOLFE & WYMAN LLP and no longer counsel of record for Plaintiff and Counterdefendant GREEN TREE SERVICING LLC (now known as DITECH FINANCIAL LLC) in this matter.

///

///

1

2496873.1

1  All future pleadings and correspondence relative to Plaintiff and Counterdefendant GREEN
2  TREE SERVICING LLC should be served only upon:

COLT B. DODRILL, ESQ.<br>
Nevada Bar No. 9000<br>
GREGORY S. BEAN, ESQ.<br>
Nevada Bar No. 12694<br>
RICHARD G. VERLANDER, ESQ.<br>
Nevada Bar No. 12887<br>
WOLFE & WYMAN LLP<br>
6757 Spencer Street<br>
Las Vegas, Nevada 89119<br>
Telephone: 702-476-0100<br>
Facsimile: 702-476-0101

Please update your service list accordingly.

DATED:  July 28, 2016                    WOLFE & WYMAN LLP


By: /s/ *Colt B. Dodrill*
    COLT B. DODRILL, ESQ.
    Nevada Bar No. 9000
    GREGORY S. BEAN, ESQ.
    Nevada Bar No. 12694
    6757 Spencer Street
    Las Vegas, NV  89119

    *Attorneys for Plaintiff and Counterdefendant GREEN TREE SERVICING LLC (now known as DITECH FINANCIAL LLC)*

**ORDER**

IT IS SO ORDERED.

Dated: July 28, 2016                    _____
                                        United States Magistrate Judge