# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ditech Financial LLC

               Plaintiff,

v.

SFR Investments Pool1, LLC, et al.,

               Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-00630-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of SFR Investments Pool 1, LLC and against Jerry Bowser and Michelle Bowser as follows: It is hereby declared that the homeowners association's non-judicial foreclosure sale conducted on 11/8/2013 extinguished any interest Jerry Bowser and Michelle Bowser had in the property located at 8525 Brody Marsh Avenue in Las Vegas, Nevada.

| | |
|---|---|
| 2/20/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |